**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| LCJ MANAGEMENT, INC. and | § | |
| PARK FOREST APARTMENTS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:10-CV-626 |
| | § | |
| UNDERWRITERS AT | § | |
| LLOYDS, LONDON, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to an Order of Reference entered on October 13, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgement with prejudice as to plaintiffs' claims against defendant pursuant to the parties' stipulation of dismissal.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

 SIGNED at Beaumont, Texas, this 1st day of February, 2011.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE